ACCEPTED
01-15-00046-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 4:53:20 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00046-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 4:53:20 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT

HOUSTON, TEXAS

MARSHALL SHANE LOVELL,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

On Appeal From the 411th District Court
of Polk County, Texas, Cause No. 22,710

## MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF

WILLIAM LEE HON
Criminal District Attorney
County of Polk
State of Texas

B. TODD DILLON
Assistant Criminal
District Attorney
101 West Mill Street, Suite 247
Livingston, Texas 77351
(936) 327-6868

ATTORNEYS FOR APPELLEE

1

NO. 01-15-00046-CR

---

IN THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT

HOUSTON, TEXAS

---

MARSHALL SHANE LOVELL,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

---

On Appeal From the 411th District Court
of Polk County, Texas, Cause No. 22,710

---

**MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF**

---

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, the State of Texas, Appellee herein, by and through the Criminal District Attorney of Polk County, Texas, and in accordance with TEX R. APP. P. 10.5(b), hereby requests an extension of time in which to file the State's Brief. In

2

support thereof, the State would respectfully show the Court the following:

1. The trial court style is as follows:

**Cause No. 22,710**

| | | |
|---|---|---|
| **The State of Texas** | § | **In the District Court** |
| | § | |
| | § | |
| **vs.** | § | **411th Judicial District** |
| | § | |
| | § | |
| **Marshall Shane Lovell** | § | **Polk County, Texas** |

2. Judgment was pronounced on November 13, 2014.

3. The date of sentencing was December 18, 2014

4. The offense for which the Appellant is seeking review is: Possession with Intent to Deliver a Controlled Substance

5. Judge Kaycee Jones sentenced the Appellant to 50 years confinement in the Texas Department of Criminal Justice

6. There was no Motion for New Trial filed in this cause.

7. The State's Brief is presently due on July 13, 2015

8. The State is requesting a fifteen day (15) extension.

9. This is the State's first motion for extension in this cause.

10. The following good cause exists for the granting of this extension:

A. The State's attorney was in trial on June 29th through June 30th, 2015

B. The State's attorney prepared for and conducted ancillary dockets

3

on July 1ˢᵗ, 6ᵗʰ and 8th, 2015

C. The State's attorney also prepared and represented the State in three Motion to Suppress Hearings on July 6ᵗʰ, 2015 and two sentencing hearings on July 8ᵗʰ, 2015.

## PRAYER FOR RELIEF

For the foregoing reasons, the State prays that the Fourteenth Court of Appeals grant the requested fifteen day (15) extension.

Respectfully submitted,

WILLIAM LEE HON
Criminal District Attorney
Polk County, State of Texas

B. Todd Dillon
Asst. Criminal District Attorney
State Bar No. 24068689
101 West Mills Street, Suite 247
Livingston, Texas 77351
(936) 327-6868
ATTORNEYS FOR APPELLEE

4

# VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF POLK** §

BEFORE ME, the undersigned authority personally appeared B. Todd Dillon, known to me to be a credible person of lawful age and qualified in all respects to make this affidavit, who by me first duly sworn and upon her oath deposed, and stated that she has personal knowledge of the facts alleged in the foregoing "Motion for Extension of Time for Filing State's Brief" and the same are true and correct.



B. Todd Dillon
Asst. Criminal District Attorney

SUBSCRIBED AND SWORN TO BEFORE ME on this the 9th day of July 2015, to certify which witness my hand and seal of office.

JESSICA ADAMS
Notary Public, State of Texas
My Commission Expires
September 13, 2018

NOTARY PUBLIC STATE OF TEXAS

5

# CERTIFICATE OF SERVICE

I, B. Todd Dillon, Assistant District Attorney, Polk County, State of Texas, do hereby certify that a true and correct copy of the above and foregoing **MOTION FOR EXTENSION OF TIME FOR FILING STATE'S BRIEF** has been served by placing same in the United States Mail and/or facsimile on this the July 9th, 2015, addressed to:

Mike Aduddell
Attorney at Law
SBN 00930500
220 N. Thompson, Suite 101
Conroe, Texas 77301
Tel: (936) 539-4113
Fax: (936) 539-4118
Email: maduddell@aduddelllaw.com
Attorney for the Appellant, Marshall Lovell

B. Todd Dillon
Asst. Criminal District Attorney